

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Closed

| | |
|---|---|
| JAMIE GORDON,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT BUREAU OF LANCASTER AND PALMDALE, a corporation; PATRICIA JOHN, an individual,<br><br>Defendants. | CASE NO.: 2:11-CV-02272-PSG-PJW<br><br>[PROPOSED] JUDGMENT ENTERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT CREDIT BUREAU OF LANCASTER AND PALMDALE |

In February 2012, Plaintiff brought a motion for summary judgment against Defendant. Dkt. # 20. Defendant did not file an opposition. In April 2012, the Court granted summary judgment to Plaintiff. Dkt. # 29. The Court found Plaintiff was entitled to statutory damages of $2,000.00 and granted Plaintiff leave to file a motion for attorney fees and costs. *Id.* at 5. In accordance with the Court's order, Plaintiff has filed her motion, requesting $12,164.00 in attorney fees and costs. Dkt. # 37.

On July 5, 2012, the Court granted Plaintiff's motion for attorneys' fees and costs. Dkt. # 40. The Court found Plaintiff was entitled to $395.00 in costs

of filing and service. *Id.* at 3. The Court further found Plaintiff was entitled to $11,769.00 in reasonable attorneys' fees based upon 5.3 hours spent by Todd M. Friedman at $350.00 per hour, 30.1 hours spent by Nicholas J. Bontrager at $290.00 per hour and 7.9 combined hours spent by Erika Campany and Jason Rea at $150.00 per hour. *Id.* at 3.

Accordingly, JUDGMENT is hereby entered in favor of Plaintiff, JAMIE GORDON, and against Defendant, CREDIT BUREAU OF LANCASTER AND PALMDALE, in the total sum of $14,164.00.

IT IS SO ORDERED.

Date: 7/10/12

By: _____
Hon. United States District Court Judge